**FILED**

December 4, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>RICARDO ANDRADE,<br><br>        Defendant. | Case No. CR.S-08-0562-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RICARDO ANDRADE, Case No. CR.S-08-0562-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: <u>All available equity in subject property and vehicles.</u>

           _X_    Unsecured Appearance Bond (100,000.00 - interim)

           _X_    Appearance Bond with Surety (paperwork due within 2 weeks)

           _X_    (Other) <u>Conditions as previously stated on the record.</u>

           \_\_\_    (Other) <u>The Defendant is ordered released forthwith on a $100,000 unsecured bond pending the filing of secured bond paperwork.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>12/4/08</u> at <u>3:23 p.m.</u>

By <u>/s/ Edmund F. Brennan</u>
    Edmund F. Brennan
    United States Magistrate Judge