```
                              FILED
                              February 12, 2009
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-08-0562-EJG |
| Plaintiff, ) | |
| v. ) | AMENDED |
| ) | ORDER FOR RELEASE OF |
| RICARDO ANDRADE, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICARDO ANDRADE, Case No. CR.S-08-0562-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $100,000.00.

        _X_   Unsecured Appearance Bond ($50,000)

        _X_   Appearance Bond with Surety ($50,000)

        _X_   (Other) Amended Conditions as stated on the record.

        _X_   (Other) Bond paperwork to be filed no later than 02/18/09. A control date for filing of the paperwork is set for 02/19/09 at 2:00 p.m. in Courtroom 25.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   02/12/09   at   11:00 A.M.

By _____
Edmund F. Brennan
United States Magistrate Judge