1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  OSCAR SALAZAR LOPEZ

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-S 08-562-EJG |
|                              ) | |
| Plaintiff,                   ) | **STIPULATION AND ORDER** |
|                              ) | |
| v.                           ) | |
|                              ) | |
| HECTOR OJEDA BARRAZA, et. al., ) | Date: August 28, 2009 |
|                              ) | Time: 10:00 p.m. |
| Defendants.                  ) | Hon. Edward J. Garcia |
| _____ ) | |

Defendants Hector Ojeda Barraza, Victor Manuel Martinez, Orlando Israel Salazar Lopez, Jose Antonio Ojeda Cabada, Ricardo Andrade, Jose Gonzalez Arias, Manuel Francisco Barraza, Rosario Francisco Barraza, and Jesus Alfonso Barraza Barraza, through their counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from July 17, 2009, to **August 28, 2009, at 10:00 a.m.**

All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute cocaine, methamphetamine, and heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation.

To date, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover

informant, and hundreds of recorded wiretap-intercepted phone calls.  The vast majority of recorded calls are in Spanish.  Further, counsel has received transcripts of many of the recorded phone calls, which contain translations into English.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through July 17, 2009.  This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 17, 2009 through August 28, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: July 14, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated: July 14, 2009

/s/ Manuel Miller
MANUEL MILLER
Attorney for Defendant
HECTOR OJEDA BARRAZA

Dated: July 14, 2009

/s/ James Greiner
JAMES GREINER
Attorney for Defendant
Victor Manuel Martinez

Dated: July 14, 2009

/s/ Steven Bauer
STEVEN BAUER
Attorney for Defendant
JOSE ANTONIO OJEDA CABADA

2

Dated: July 14, 2009

/s/ John Brennan
JOHN BRENNAN
Attorney for Defendant
RICARDO ANDRADE

Dated: July 14, 2009

/s/ Tom Johnson
TOM JOHNSON
Attorney for Defendant
RENE DIAZ CARRANZA

Dated: July 14, 2009

/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
JOSE GONZALEZ ARIAS

Dated: July 14, 2009

/s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
MANUEL FRANCISCO BARRAZA

Dated: July 14, 2009

/s/ Peter Kmeto
PETER KMETO
Attorney for Defendant
ROSARIO FRANCISCO BARRAZA

Dated: July 14, 2009

/s/ Robert Forkner
ROBERT FORKNER
Attorney for Defendant
JESUS ALFONSO BARRAZA BARRAZA


LAWRENCE G. BROWN
U.S. Attorney

Dated: July 14, 2009

By:   /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

3

# ORDER

**IT IS SO ORDERED.**  For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated:  <u>July 14</u> , 2009

/s/ Edward J. Garcia<br>
HON. EDWARD J. GARCIA<br>
U.S. District Judge

4