JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-562-EJG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| HECTOR OJEDA BARRAZA, et. al., | Date: September 25, 2009 |
| Defendants. | Time: 10:00 a.m. |
| | Hon. Edward J. Garcia |

Defendants Hector Ojeda Barraza, Victor Manuel Martinez, Orlando Israel Salazar

Lopez, Jose Antonio Ojeda Cabada, Ricardo Andrade, Jose Gonzalez Arias, Manuel

Francisco Barraza, Rosario Francisco Barraza, and Jesus Alfonso Barraza Barraza,

through their counsel, and the United States, through its counsel, hereby stipulate and

request that the Court continue the status conference in the above-captioned case from

August 28, 2009, to **September 25,  2009, at 10:00 a.m.**

All the listed defendants are charged in this case with conspiracy to distribute and

possess with the intent to distribute cocaine, methamphetamine, and heroin in violation of

21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses.   The indictment is the result of

a wiretap investigation.  To date, not counting transcripts which are not bates stamped,

defense counsel have received more than 3,100 pages of discovery, surveillance photos

and videos, recorded meetings and phone calls with the undercover informant, and

hundreds of recorded wiretap-intercepted phone calls.  The vast majority of recorded calls are in Spanish.  Since the last status conference, the government has also provided the defense with 3 CDs that contain transcripts of many of the recorded phone calls, which contain translations into English.   Counsel estimates that there are well over 1,000 pages of transcripts.  Further, attorney Clarence Emmett Mahle has recently substituted for Steve Bauer as counsel of record for Jose Antonio Ojeda Cabada and Mr. Mahle needs time to get up to speed on the case.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through August 28, 2009.  This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 28, 2009 through September 25, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated:  August 25, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated:  August 25, 2009

/s/ Manuel Miller
MANUEL MILLER
Attorney for Defendant
HECTOR OJEDA BARRAZA

Dated:  August 25, 2009

/s/ James Greiner
JAMES GREINER
Attorney for Defendant
Victor Manuel Martinez

2

1   Dated:  August 25, 2009

2                                        /s/ Clarence Emmett Mahle
                                         CLARENCE EMMETT MAHLE
3                                        Attorney for Defendant
                                         JOSE ANTONIO OJEDA CABADA

4   Dated:  August 25, 2009

5                                        /s/ John Brennan
                                         JOHN BRENNAN
6                                        Attorney for Defendant
                                         RICARDO ANDRADE

7   Dated:  August 25, 2009

8                                        /s/ Tom Johnson
                                         TOM JOHNSON
9                                        Attorney for Defendant
                                         RENE DIAZ CARRANZA

10  Dated:  August 25, 2009

11                                       /s/ Michael Chastaine
                                         MICHAEL CHASTAINE
12                                       Attorney for Defendant
                                         JOSE GONZALEZ ARIAS

13  Dated:  August 25, 2009

14                                       /s/ Preciliano Martinez
                                         PRECILIANO MARTINEZ
15                                       Attorney for Defendant
                                         MANUEL FRANCISCO BARRAZA

16  Dated:  August 25, 2009

17                                       /s/ Peter Kmeto
                                         PETER KMETO
18                                       Attorney for Defendant
                                         ROSARIO FRANCISCO BARRAZA

19  Dated:  August 25, 2009

20                                       /s/ Robert Forkner
                                         ROBERT FORKNER
21                                       Attorney for Defendant
                                         JESUS ALFONSO BARRAZA BARRAZA

22

23                                       LAWRENCE G. BROWN
                                         U.S. Attorney
24  Dated:  August 25, 2009

25                              By:      /s/ Richard J. Bender
                                         RICHARD J. BENDER
26                                       Assistant U.S. Attorney

27

28                                       3

**ORDER**

**IT IS SO ORDERED.**  For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: <u>August 27 </u>, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

4