UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Ricardo ANDRADE
Docket Number: 2:08CR00562-07
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 11, 2010 to June 25, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the workload of the undersigned, more time is needed to complete the presentence report. Therefore, all parties have agreed to a continuation of judgment and sentencing.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

BRENDA BARRON-HARRELL
United States Probation Officer

REVIEWED BY: _____
Linda L. Alger
Supervising United States Probation Officer

Dated: April 14, 2010
Sacramento, California
BBH/sda

**RE:    Ricardo Andrade**
**Docket Number:   2:08CR00562-07**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk

✓ Approved

EDWARD J. GARCIA
Senior United States District Judge

4/15/10
Date

___ Disapproved

Rev. 10/2009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00562-07 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **RICARDO ANDRADE** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/25/2010, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 06/18/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/11/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/04/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/28/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/14/2010 |

CONTINUANCE – TO JUDGE (EJG).MRG