MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
RICARDO ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-0562 EJG |
|---|---|---|
| Plaintiff, | ) | **ORDER EXONERATING BOND AND FOR RETURN OF COLLATERAL** |
| v. | ) | |
| RICARDO ANDRADE | ) | |
| Defendant. | ) | |

The defendant is currently incarcerated at Herlong FCI to serve the sentence of 96 months imposed June 25, 2010. On December 5, 2008, and again on February 12, 2009, defendant was required and did post collateral for his release, among other things the title of four vehicles, docketed as items 50, 51, 52, and 54.

**ORDER**

Bond is hereby exonerated in this matter and the collateral is to be returned forthwith to the defendant or his attorneys or his personal representative, with respect to

Order Exonerating Bond

the items docketed as set forth above.

**IT IS SO ORDERED**

DATED: September 15, 2010

                                                      /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

andrade.ret