HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO ANDRADE,<br><br>Defendant. | No. Cr. S 08-562-07 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, RICARDO ANDRADE by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 25, 2010, this Court sentenced Mr. Andrade to a term of 48 months imprisonment on each of counts 14 and 15, to be served consecutively to each other, for a total term of 96 months;

3. His total offense level was 29, his criminal history category was I, and the resulting guideline range was 87 to 96 months;

4. The sentencing range applicable to Mr. Andrade was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Andrade's total offense level has been reduced from 29 to 27, his amended guideline range is 70 to 87 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Andrade's sentence to a term of 44 months on Count 14 and 43 months on Count 15, to be served consecutively, for a total term of 87 months.

Respectfully submitted,

Dated:  March 9, 2015                                  Dated:   March 9, 2015

BENJAMIN B. WAGNER                                     HEATHER E. WILLIAMS
United States Attorney                                 Federal Defender


 /s/  *Jason Hitt*                                      /s/ *David M. Porter*
JASON HITT                                             DAVID M. PORTER
Assistant U.S. Attorney                                Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA                               RICARDO ANDRADE

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Andrade is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2010 is reduced to a term of 44 months on Count 14 and 43 months on Count 15, to be served consecutively, for a total term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Andrade shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  March 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE